# In the United States District Court for the Southern District of Georgia
## Brunswick Division

JOHNATHAN TRAVIS,

    Petitioner,

v.

WARDEN SWANEY,

    Respondent.

2:24-cv-1

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Petitioner Johnathan Travis ("Travis") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **DISMISS** Travis' 28 U.S.C. § 2241 Petition for failure to follow the Court's Order and Local Rules, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Travis in forma pauperis status on appeal.

**SO ORDERED**, this 13 day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA